# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2701
_____

DENNIS MASSIE,

Appellant,

v.

BEALLS, INC. and SEDGWICK
CMS,

Appellees.

_____

On appeal from the Division of Administrative Hearings.
Diane B. Beck, Judge of Compensation Claims.

January 5, 2018

PER CURIAM.

AFFIRMED.

WOLF, OSTERHAUS, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Craig O. Stewart, Morgan & Morgan, P.A., Tampa, and Wendy S. Loquasto, Fox & Loquasto, P.A., Tallahassee, for Appellant.

Thomas P. Vecchio, Vecchio, Carrier, Feldman & Johannessen, Lakeland, for Appellees.